UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**BRENTEN PHILLIP SHANER**,　　　　　　　　　　Civil Case No. 3:12-CV-02052-KI

　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT

　　　　　　　　v.

**CAROLYN W. COLVIN**,
Acting Commissioner of Social Security,

　　　　　　Defendant.

　　　Kathryn Tassinari
　　　Robert Baron
　　　Harder, Wells, Baron & Manning, P.C.
　　　474 Willamette, Suite 200
　　　Eugene, Oregon  97401

　　　　　Attorneys for Plaintiff

　　　S. Amanda Marshall
　　　United States Attorney
　　　District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97201-2902

Daphne Banay
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

    Dated this   27th   day of January, 2014.

    /s/ Garr M. King
    Garr M. King
    United States District Judge