UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**BRENTEN PHILLIP SHANER**,

        Plaintiff,

        v.

**CAROLYN W. COLVIN**,
Acting Commissioner of Social Security,

        Defendant.

Civil Case No. 3:12-CV-02052-KI

JUDGMENT

    Kathryn Tassinari
    Robert Baron
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97201-2902

Daphne Banay
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

       Attorneys for Defendant


KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

    Dated this    27th    day of January, 2014.


                                          /s/ Garr M. King
                                          Garr M. King
                                          United States District Judge